United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANEISHA SIMMONS,
Plaintiff,

v.

INSURANCE SUPERMARKET,
Defendant.

Case No. 23-cv-4992-CRB

**ORDER TO SHOW CAUSE**

Nearly three years ago, the Court held that this case is related to McCaulou-Bernatz v. Insurance Supermarket, Inc., No. 23-05-CRB. See Order on Stipulation (dkt. 15). There was a stipulation of dismissal in McCaulou-Bernatz in February 2026, followed by that case's termination. See Stipulation (dkt. 38) in No. 23-05-CRB. Nothing has transpired in this case since it was related. Accordingly, the Court ORDERS Plaintiff to show cause by September 18, 2026 why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 10, 2026

CHARLES R. BREYER
United States District Judge