Anthony I. Paronich (*Pro Hac Vice*)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
Anthony@paronichlaw.com

Attorney for Plaintiff
TANEISHA SIMMONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANEISHA SIMMONS, individually, and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE SUPERMARKET, INC., Defendant. | Case No. 3:23-cv-04992-CRB |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**
**AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Taneisha Simmons submits this response to the Court's September 10, 2026 Order to Show Cause. ECF No. 15.

The parties have reached a settlement resolving Plaintiff's claims in this action. Although this action was consolidated with *McCaulou-Bernatz v. Insurance Supermarket, Inc.*, No. 3:23-cv-00005-CRB, on December 7, 2023, ECF No. 14, no class has been certified in this action and no notice has been provided to any putative class member. Accordingly, dismissal will bind only Plaintiff and will not release, impair, or otherwise affect the claims of any absent putative class member.

Defendant filed a motion to dismiss, stay, or transfer Plaintiff's Complaint before the action was transferred to this Court. ECF No. 4. Defendant has not served an answer or a motion for summary judgment. Plaintiff therefore voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own attorneys' fees and costs.

Plaintiff files this notice unilaterally because Defendant's counsel has advised that Defendant does not have counsel admitted to practice before this Court who can sign a dismissal or otherwise respond. Defendant's counsel has been provided with a copy of this filing and does not oppose the requested dismissal.

Plaintiff respectfully submits that this notice resolves the matters identified in the Court's Order to Show Cause and requests that the Court discharge the Order to Show Cause and direct the Clerk to close this action.

Dated: September 17, 2026

PARONICH LAW, P.C.

By: *Ⓢ/s/ Anthony I. Paronich*
Anthony I. Paronich
Attorneys for Plaintiffs